IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 3:23-mj-144 |
| vs. | ) | APPEARANCE |
| COREY LEE RITZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters her appearance as counsel in this case for the defendant Corey Lee Ritz.

DATED: October 25, 2023

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE:  (563) 322-8931
TELEFAX:  (563) 383-0052
EMAIL: diane_helphrey@fd.org

By:  /s/ *Diane Helphrey*
    **Diane Helphrey**
    Assistant Federal Defender
    ATTORNEY FOR DEFENDANT

cc:  William R. Ripley, AUSA
     Kaitlyn Macaulay, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on October 25, 2023, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/